**AMERICAN & FAR EASTERN TRADING COMPANY, a corporation, Plaintiff-Appellee,**

v.

**SEA–LAND SERVICE, INC., a corporation, Defendant-Appellant.**

No. 80–4428.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 1982.

Decided June 3, 1982.

Rehearing Denied July 22, 1982.

Rehearing Denied Aug. 18, 1982.

Francis L. Tetreault, Graham & James, San Francisco, Cal., for defendant-appellant.

Circuit, sitting by designation.

John E. Droeger, Hall, Henry, Oliver & McReavy, San Francisco, Cal., for plaintiff-appellee.

ORDER

Before BROWNING, Chief Judge; SKOPIL and NORRIS, Circuit Judges.

For the reasons stated in the opinion of the district court, *American & Far Eastern Trading Company v. Sea-Land Service, Inc.*, 493 F.Supp. 125 (N.D.Cal.1980), the judgment is affirmed.

ORDER

Appellant's petition for rehearing is denied. We decline appellant's suggestion that we reconsider Judge Schwarzer's decision in light of *Allied Eagle Trading Corp. v. S. S. Yang Ming*, 672 F.2d 1055 (2d Cir. 1982). There, the Second Circuit relied primarily upon a contract analysis in dealing with an unambiguous bill of lading; here, there was a course of dealing and a somewhat ambiguous bill of lading. Given the facts of this case, Judge Schwarzer correctly relied, in part, upon a notice analysis.